IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:20-CV-026 |
| 1.8946 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND MAURO R. GARCIA, JR., *ET AL.* | § § § § § § | |
| *Defendants.* | § | |

___

**WAIVER OF SERVICE OF JUDICIAL PROCESS**
___

    **TO:**    **ALEXANDER N. DERGARABEDIAN**
              Assistant United States Attorney
              1701 W. Bus. Highway 83, Suite 600
              McAllen, Texas 78501

    I acknowledge receipt of your request that I waive service of judicial process in the action of United States of America versus 1.8946 Acres of Land, which is case number 7:20-CV-026 in the United States District Court for the Southern District of Texas, McAllen Division. I have also received a copy of the Notice of Condemnation, and an addressed, postage-free envelope by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 and Rule 71.1, Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the Notice of Condemnation or in the service thereof.

I also understand that pursuant to Rule 71.1 of the Federal Rules of Civil Procedures I, or the entity I represent, may file a notice of appearance if I have no objection or defense to the taking of the condemned lands. In the alternative, if I have an objection or defense to said taking, I must serve an answer within twenty-one (21) days from service upon me by execution of this waiver, and that I will deemed to have waived all such defenses or objections that are not stated in said answer.

By: _____
SIGNATURE

MAURO R. GARCIA, JR
PRINTED NAME

Feb. 27, 2020
DATE OF SIGNATURE

Please indicate your contact information below:

MAURO R. GARCIA, Jr.

_____

FALFURRIAS, TX 78355
ADDRESS

_____
PHONE NUMBER

What is the best time to reach you at this phone number?  ☑Day  ☐Evening

_____
E-MAIL