Case 7:20-cv-00026  Document 31  Filed on 11/19/20 in TXSD  Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiffs, § § VS. § § 1.8946 ACRES OF LAND, more or less, in § STARR COUNTY, TEXAS; MAURO R. § GARCIA, JR.; and OLGA YOLANDA § GARCIA, § § Defendants. § | CIVIL ACTION NO. 7:20-cv-00026 |

## ORDER

The Court now considers the "Status Report" filed by United States on November 18, 2020.[1] Therein, the United States requests more time to serve Defendant Olga Yolanda Garcia.[2] As this request is made before the expiration of the deadline,[3] the Court evaluates it for good cause.[4]

The United States provides that it is in the process of securing a translation of the documents to be served and that "a misunderstanding regarding payment with the company selected for the translation services" and a change in provider caused further delay.[5] The United States additionally provides that it will not be able to achieve service of Ms. Garcia until three to five months after the documents are translated and sent to the Central Authority in Italy.[6] In light of these developments, the Court finds good cause to extend the deadline to serve Ms. Garcia.

---

[1] Dkt. No. 30.
[2] *Id*.
[3] Dkt. No. 29.
[4] FED.R.CIV.P. 6(b).
[5] Dkt. No. 30 at 3–5, ¶ 16–18.
[6] *Id*. at 5, ¶ 18.

Accordingly, the Court **GRANTS** the United States request and sets a status conference for **Tuesday, May 18, 2021 at 9:00 am**. The Court **ORDERS** the United States to file a status report regarding service on Ms. Garcia by **May 7, 2021**. Further, the Court **ORDERS** the United States to file a status report within ten days of serving Ms. Garcia if it successfully completes service on Ms. Garcia before the May 18th conference.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 19th day of November 2020.

                                              Micaela Alvarez
                                      United States District Judge