Case 7:20-cv-00026   Document 33   Filed on 03/25/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § § | | |
| Plaintiffs, § § | | |
| VS. § § | | |
| 1.8946 ACRES OF LAND, more or less, in § STARR COUNTY, TEXAS; MAURO R. § GARCIA, JR.; and OLGA YOLANDA § GARCIA, § § | CIVIL ACTION NO. 7:20-cv-00026 | |
| Defendants. § § | | |

# **ORDER**

The Court now considers the "Opposed Motion of the United States of America for Order of Immediate Possession"[1] filed on February 20, 2020. The motion has remained pending because the United States has not yet served all parties in this case.[2] The Court's November 19, 2020 order granted the United States' request for an extension of the deadline to serve Defendant Olga Yolanda Garcia and set a status conference for May 18, 2021.[3] Furthermore, the Court also takes notice of the February 2021 Presidential Proclamation ordering "a careful review of all resources appropriated or redirected to construct the southern border wall" and "the development of 'plan for the redirection of funds concerning the southern border wall."[4] In light of the

---

[1] Dkt. No. 8.
[2] *See* Dkt. No. 30 ("Status Report" in which the United States requests an extension to serve remaining unserved party).
[3] Dkt. No. 31.
[4] Pres. Proc. No. 10142, 86 Fed. Reg. 7225 (Jan. 27, 2021).

extended service deadline and the Presidential Proclamation, the Court **STAYS** the motion for immediate possession[5] until May 18, 2021.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 25th day of March 2021.

                                                Micaela Alvarez
                                        United States District Judge

---

[5] Dkt. No. 8.