IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § *Plaintiff,* § § v. § § 1.8946 ACRES OF LAND, MORE OR § LESS, SITUATE IN STARR COUNTY, § STATE OF TEXAS; AND MAURO R. § GARCIA, JR., *ET AL.* § § *Defendants.* § | CASE NO. 7:20-CV-026 |

**OPPOSED MOTION OF THE UNITED STATES OF AMERICA TO WITHDRAW THE MOTION FOR ORDER OF IMMEDIATE POSSESSION**

The United States moves to withdraw its Motion for Order of Immediate Possession (Dkt. No. 8) without prejudice.

1. On February 20, 2020, the United States filed an Opposed Motion for Order of Immediate Possession (Dkt. No. 7).

2. On September 24, 2020, the United States filed an amended motion to substitute service (Dkt. No. 27). On September 24, 2020, the Court granted said motion (Dkt. No. 28).

3. On March 25, 2021, the Court filed an order staying the Motion for Possession. (Dkt No. 33).

4. At the current time, the United States does not need to acquire immediate possession of the subject property.

5. Accordingly, the United States requests the Court to withdraw its Motion for Order of Immediate Possession (Dkt. No. 8) without prejudice as the United States continues to properly effectuate service on Mrs. Olga Yolanda Garcia and until the United States determines the necessity of acquiring immediate possession of the subject property.

## Conclusion

The United States prays that this Court grant its Motion to Withdraw the Motion for Order of Immediate Possession (Dkt. No. 8) without prejudice to refile the same.

## Certificate of Conference

The United States was able to confer with Mauro Garcia, through counsel Kevin Sanchez, on April 14, 2021, and confirmed that he is not opposed to this motion. United States has been unable to ever confer with Olga Yolanda Garcia regarding this case or the current motion and therefore cannot confirm whether or not she is opposed to this motion to withdraw, therefore, this motion is being filed as opposed.

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By: *s/Alexander N. DerGarabedian*
**ALEXANDER N. DERGARABEDIAN**
Assistant United States Attorney
Southern District of Texas No. 3381593
New York Bar No. 5103577
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: 956-992-9380
Facsimile: (956) 618-8016
E-mail: alexander.dergarabedian@usdoj.gov
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Alexander N. DerGarabedian, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on April 14, 2021, I mailed a true and correct copy of the foregoing document via regular mail to the all parties still remaining in this case

           By: *s/Alexander N. DerGarabedian*
              **Alexander N. DerGarabedian**
              Assistant United States Attorney